USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8-1-18
10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EUGENE DUNCAN, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,

       Plaintiffs,

-against-

P.C. RICHARD & SON, LLC,

       Defendant.

---

18-cv-06078 (ALC)

**ORDER OF DISCONTINUANCE**

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated: October 1, 2018
    New York, New York

                _____
                ANDREW L. CARTER, JR.
                United States District Judge